### 30174. ROBERTS *v.* WILKERSON *et al.*

MacIntyre, J. The only issue involved in the instant case is the question of a marriage vel non as claimed by the applicant for a year's support, and denied by the caveators. The defendant in error contends that the evidence shows only a meretricious relationship between the parties. The plaintiff in error contends that the evidence shows conclusively that there was a common-law marriage per verba de præsenti followed by cohabitation as husband and wife, which made a valid common-law marriage. The motion for a new trial contains only the general grounds: *Held*, that the evidence authorized the verdict finding that there was no common-law marriage; but that there was only a meretricious relationship between the parties, and that the relationship was unlawful

in its nature. *Peacock* v. *Peacock*, 196 *Ga.* 441 (26 S. E. 2d, 608); *Lefkoff* v. *Sicro*, 189 *Ga.* 554 (6 S. E. 2d, 687, 133 A. L. R. 738).

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED DECEMBER 3, 1943.

256

*W. C. Smith, Robert B. Williamson,* for plaintiff.
*Ford & Houston, T. R. Perry Jr., R. D Smith,* for defendants.